NO. SCWC-30313

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

CRANDALL PENAFLOR, Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30313; CR. NO. 90-0146(2))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Duffy, J., for the court[1])

Petitioner/Defendant-Appellant Crandall Penaflor's application for writ of certiorari, filed on April 29, 2011, is hereby rejected.

DATED: Honolulu, Hawai'i, June 2, 2011.

FOR THE COURT:

/s/ James E. Duffy, Jr.

Associate Justice



Crandall Penaflor
petitioner/defendant-
appellant *pro se*
on the application

---

[1] Considered by: Recktenwald, C.J., Nakayama, Duffy, and McKenna, JJ., and Circuit Judge Perkins, in place of Acoba, J., recused.